In The U.S Dist. Court Court
Middle Dist of Louisiana
777 Florida St
Baton Rouge, LA 70801

Deserie Johnson, Victim
Defendant/Petitioner

-vs-

No: 2200377

State of Louisiana and
Judge Dukes, Plaintiff/Respondents

Emergency Petitioner
For Writ of Habeas Corpus Or An Order
Dismissing Charges & For Immediate
Release

RECEIVED
FEB - 6 2023
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

The record is CLEAR the United States Constitutional Art. (6), Clause (2) mandates ALL States must proceed on ALL criminal Charges by a Grand Jury Indictment, a PART of the 5th. Amend. Rights of ALL persons in ALL States, and for a State to REFUSE to proceed by Indictment Without A waiver from the Defendant, IS an Act of War against the Constitution, and an Act of Treason against The Government, a RI.C,O. Enterprise, violating the Americans With Disabilities Act, and Federal Constitutional Rights ALL State public 'officers' swear an Oath to enforce in ALL State Courts.

The record shows Respondents REFUSAL to comply with their Oath's of public office, REFUSE to acknowledge the U.S. Supreme Court MANDATES of U.S. -v- Ferguson, wherein AS a part of the Constitutional 5th. Amend. Rights, STATE COURTS convictions are all VOID if not done in compliance with the S. Ct. ruling in Ferguson, ALSO VOIDS State Hood Charter, returning this State back to a Federal Territory, or to Sovereign Indian Nations ownership.

SINCE the record clearly shows petitioner IS being restrained " IN VIOLATION of an order, process, or is in custody in violation of the Constitution or Laws, or treaties of The United States or Laws of Nations, " IT IS AUTHORITY of this Court (28 U.S.C. )( 2241-2255) TO GRANT this Writ, without delay, and order petitioners immediate release.

Dated: 2-3-23
Certification/Verification
I certify and verify under penalty of
The Above is true & copies mailed ALL Parties.

Respectfully,
Deserie Johnson
62533 chruch, St. Roseland, LA 70456

Deseric Johnson
62533 Chruch, St.
Roseland, LA. 70456

SCREENED
OK
U.S. MARSHAL

U.S. Dist. Court middle
District of Louisiana
777 Florida St, Baton Rouge, LA
70801